UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUGENE SLADE,<br><br>Defendant. | NO. CR16-063 JLR<br><br>ORDER |

The Court has considered the stipulated motion filed by the government and defendant, LUGENE SLADE, by and through his undersigned attorney, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel adequate time to review discovery, investigate the case and to effectively prepare for trial and the filing of pre-trial motions.

THE COURT FURTHER FINDS, considering the nature of this case and the discovery issues that have delayed the defense investigation, a failure to grant a continuance in this case would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that it would be unreasonable to expect adequate preparation for pre-trial proceedings or

Order - 1

for the trial itself without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until September 19, 2016, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be August 15, 2016.

DATED this 19th day of April, 2016.

_____
JAMES L. ROBART
United States District Judge

Submitted by:

s/Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone: (206) 553-2636
Fax: (206) 553-4440
E-mail: Todd.Greenberg4@usdoj.gov

Order - 2

1
2  /s Cathy Gormley (per approval)
   CATHY GORMLEY
3  Counsel for Lugene Slade
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Order - 3

28