THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. 16-0063 JLR |
|---|---|
| Plaintiff, | (~~PROPOSED~~) ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | |
| LUGENE SLADE, | Note on Motions Calendar 4/28/17 |
| Defendant. | |

This matter having come before the undersigned on the motion of the defendant, Lugene Slade, that he be permitted to file his Sentencing Memorandum under seal, and the Court finding that there are compelling reasons to permit the filing of that document under seal, it is hereby

ORDERED that the defendant shall be permitted to have his Sentencing Memorandum filed under seal.

DONE this 25th day of April, 2017

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

MOTION TO SEAL SENTENCING
MEMORANDUM - 1

LUGENE SLADE

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

Respectfully submitted

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Attorney for James Dekeyser
Cathy Gormley, PLLC
600 1st Avenue
Seattle, Washington 98104
(206) 624-0508 voice
(206) 622-9190
cathy@cgormleylaw.com

MOTION TO SEAL SENTENCING
MEMORANDUM - 2
LUGENE SLADE

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

**CERTIFICATE OF SERVICE**

I, CATHY GORMLEY, hereby certify on August 1, 2014, I filed this document with the U.S. District Court's Electronic Filing System (ECF) which will serve a copy by e-mail to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Cathy Gormley, PLLC
Seattle, Washington 98104
Phone (206) 624-0508
FAX (206) 622-9091
cathy@cgormleylaw.com

MOTION TO SEAL SENTENCING
MEMORANDUM - 3
LUGENE SLADE

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371